**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 1350N
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*
**JOHN PAUL REICHMUTH**
*Assistant Federal Public Defender*

Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: John_Reichmuth@fd.org

January 17, 2017

The Honorable DONNA M. RYU
United States Magistrate Judge
Oakland Courthouse 3rd Floor
1301 Clay Street
Oakland, CA 94612

**RE: U.S. v. Noor Salman, 4-17-70058-MAG**

Your Honor:

I write to advise the court that Charles Swift will be making a general appearance in this case. Mr. Swift is admitted to multiple federal and state bars, however, he is not admitted to the Northern District of California Bar. He estimates that it will take between one and three days to engage local counsel and file an application for *pro hac vice* admission. He will be present at tomorrow's hearing.

Sincerely,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S

JOHN PAUL REICHMUTH
Assistant Federal Public Defender