1  Charles D. Swift, Esq.
   Constitutional Law Center for
2      Muslims in America
   833 E. Arapaho Rd., Suite 102
3  Richardson, TX  75081
   Phone: (972) 914-2507
4  Fax:    (972) 692-7454
   cswift@clcma.org
5  *Pro Hac* Counsel for Defendant SALMAN

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA,        | No. Case No.: 4-17-70058-MAG
12 |           Plaintiff,             | **ORDER**
13 |      v.                          |
14 | NOOR SALMAN,                     |
15 |           Defendant.             |

16
                   **ORDER TO FILE DOCUMENTS UNDER SEAL**
17
         Pursuant to Defense request to file a Motion and Order for Release of Records under seal,
18 it is hereby ordered that the requested Motion and Order are to be filed under seal by the Clerk's
   Office.  The Court finds that as sealing both documents allows for the safety of the evaluator to
19 conduct Noor Salman's evaluation in privacy and out of the line of scrutiny of others, which
   might otherwise be compromised by the public disclosure of the contents of said documents.
20

21 Dated:  February 8, 2017

22

23                                              _____
                                                United States District Judge/Magistrate
24

25 cc:  Attorney
        Court File

26

27

28

   *UNITED STATES V. SALMAN, 4-17-70058-MAG*          1