**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
1301 Clay Street, Suite No. 400 South
Oakland, CA 94612

www.cand.uscourts.gov

**FILED**
FEB 15 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

February 5, 2018

Clerk of the Court,
U.S. District Court, Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

| | |
|---|---|
| Case Name: | USA v. Meuy Kun Saeliow |
| Case Number: | 18-MJ-70063-MAG-1   EDV #1:18-MJ-24 -1 |
| Charges: | 21:841(a)(1) and 846: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Donna M. Ryu. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( ) The defendant has a court appearance in your court on :

Enclosed are the following documents:

(X) Original Rule 5 affidavit

(X) CJA 23 Financial Affidavit (Copy)

(X) Certified copy of AO 94, *Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By: _____
Jessie Mosley,
Case Systems Administrator

Receipt of the above-described documents is acknowledged

Date: 2/9/2018

**CLERK, U.S. DISTRICT COURT**

By: _____
Deputy Clerk